IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WEN LIAN PATIENCE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-23-185 |
| | § | |
| MONTGOMERY COUNTY DISTRICT ATTORNEY'S DEPARTMENT DA, SHANNON JACKSON, LEE ROMERO, and CARMEN MORALES, | § § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Wen Lian Patience take nothing on all of Plaintiff's claims arising under the Constitution and laws of the United States, against Defendants "Montgomery County District Attorney's Department DA," Shannon Jackson, Lee Romero, and Carmen Morales, and all of Plaintiff's federal claims arising under the Constitution and laws of the United States, including 42 U.S.C. § 1983 and <u>Bivens</u> claims, are DISMISSED WITH PREJUDICE.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 31st day of May, 2023.

                                          EWING WERLEIN, JR
                                          UNITED STATES DISTRICT JUDGE